464 A.2d 516

Commonwealth v. Cooper, Appellant.

Submitted May 19, 1983. Michael J. McAllister, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

464 A.2d 516

Commonwealth v. Cronrath, Appellant.

Submitted April 26, 1983. Gary Spohn Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence for burglary affirmed.

Judgment of sentence for criminal trespass vacated.